FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 06, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARVIN KRONA,<br><br>    Plaintiff,<br><br>v.<br><br>WSP MSU, CUS BELANGER, OFFICER DUEDE, and CLASSIFICATION COUNSELOR MCCOY,<br><br>    Defendants. | NO: 4:17-CV-05097-SMJ<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT**<br><br>**1915(g)** |

  Magistrate Judge Rodgers filed a Report and Recommendation on January 8, 2018, recommending that Plaintiff's complaint be dismissed with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1), and that such dismissal count as a strike under 28 U.S.C. § 1915(g). ECF No. 11.

  Plaintiff, initiated this action while a prisoner at the Monroe Correctional Complex. He was subsequently released and granted leave to proceed *in forma*

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DISMISSING COMPLAINT -- 1

*pauperis,* but with no obligation to pay the filing fee. Plaintiff did not file objections.

For the reasons set forth by Magistrate Judge Rodgers, **IT IS ORDERED** the Report and Recommendation, ECF No. 11, is **ADOPTED in its entirety. IT IS ORDERED** that the Complaint, ECF No. 9, is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

Pursuant to 28 U.S.C. § 1915(g), enacted April 26, 1996, a prisoner who brings three or more civil actions or appeals which are dismissed as frivolous or for failure to state a claim will be precluded from bringing any other civil action or appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **<u>Plaintiff is advised to read the statutory provisions under 28 U.S.C. § 1915. This dismissal of Plaintiff's complaint may count as one of the three dismissals allowed by 28 U.S.C. § 1915(g) and may adversely affect his ability to file future claims</u>.**

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, enter Judgment, forward copies to Plaintiff at his last known address, and **CLOSE** the file. The Clerk of Court is further directed to forward a copy of this Order to the Office of the Attorney General of Washington, Corrections Division. The Court

certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**DATED** this 6th day of February 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT -- 3